IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PATRICK JACKSON,            ) | |
|     Plaintiff,             ) | |
|                                      ) | CIVIL ACTION NO. |
| v.                          ) | 2:11cv526-MHT |
|                                      ) | (WO) |
| ALABAMA DEPARTMENT OF        ) | |
| CORRECTIONS,                 ) | |
|     Defendant.              ) | |

OPINION

Plaintiff filed this lawsuit asserting a claim under the 'self-care' provision of the Family Medical Leave Act, 29 U.S.C. § 2612(a)(1)(D). This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of July, 2012.


                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**