IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PATRICK JACKSON,              )
                              )
    Plaintiff,                )
                              )
                              )   CIVIL ACTION NO.
    v.                        )   2:11cv526-MHT
                              )       (WO)
ALABAMA DEPARTMENT OF         )
CORRECTIONS,                  )
                              )
    Defendant.                )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 20) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 19) is adopted.

(3) Defendants' motion for summary judgment (Doc. No. 16) is granted.

 **(4) Judgment is entered in favor of defendant and against plaintiff, with plaintiff taking nothing by his complaint.**

 It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

 The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

 This case is closed.

 DONE, this the 31st day of July, 2012.

         /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**